UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST CONSTRUCTION CO., INC.,<br><br>Defendant. | CASE NO. C13-1950RAJ<br><br>ORDER |

This matter comes before the court on plaintiff's motion for default judgment. Dkt. # 6.

The court's role in considering a motion for default judgment is not ministerial. The court must accept all well-pleaded allegations of the complaint as established fact, except facts related to the amount of damages. *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). Where those facts establish a defendant's liability, the court has discretion, not an obligation, to enter a default judgment. *Aldabe v. Aldabe*, 616

ORDER- 1

F.2d 1089, 1092 (9th Cir. 1980); *Alan Neuman Productions, Inc. v. Albright*, 862 F.2d 1388, 1392 (9th Cir. 1988). The plaintiff must provide evidence to support a claim for a particular sum of damages. *TeleVideo Sys.*, 826 F.2d at 917-18; *see also* Fed. R. Civ. P. 55(b)(2)(B). Where the plaintiff cannot prove that the sum he seeks is "a liquidated sum or capable of mathematical calculation," the court must conduct a hearing or otherwise ensure that the damage award is appropriate. *Davis v. Fendler*, 650 F.2d 1154, 1161 (9th Cir. 1981).

The court cannot enter default judgment for several reasons. Plaintiffs have provided the court unexecuted agreements. Dkt. # 7-1 at 47-48 (Ex. B); # 7-2 at 37-39 (Ex. C). Additionally, plaintiff has not identified or clearly marked specific portions of the agreements upon which it relies, and the court will not dig through the record to find the relevant portions. *See* Local Rules W.D. Wash. CR 10(e)(10).

For all the foregoing reasons, the court DENIES plaintiff's motion. Plaintiff may file a renewed motion for default judgment that complies with the Local Rules and that provides executed agreements.

Dated this 7th day of May, 2014.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge